# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Richard Walker, Jr., *Plaintiff* v. Dr. Marilee Griswold, M.D. Senior Psychiatrist *Defendant* | Civil Action No. 8:16-00814-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant as to the medical malpractice claim and this claim is dismissed. The court having sustained the objections to the report and recommendation further dismisses the Plaintiff's 42 U.S.C. § 1983 claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having accepted in part the report and recommendation of Magistrate Judge Jacquelyn D. Austin to dismiss as to the plaintiff's medical malpractice claim.

Date: September 29, 2017

*CLERK OF COURT*

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*